# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jason Morano, make this declaration pursuant to 15 U.S.C. § 78u-4(a)(2)(A) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995:

1. I have reviewed a draft of the complaint and authorized the filing of a substantially similar complaint.

2. I did not purchase or acquire RDFN securities that are the subject of the complaint at the direction of my counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class specified in the complaint, including providing testimony at deposition and trial, if necessary.

4. The attached chart lists all of my transactions in RDFN securities that is the subject of the complaint during the class period specified in the complaint.

5. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve nor have I served as a representative party on behalf of a class in an action filed under the federal securities laws, except in: *Morano v. Zynga, Inc. et al.*, Case No. 22-cv-03084-JPC-GWG (S.D.N.Y.).

6. I agree not to accept any payment for serving as a representative party on behalf of the class specified in the complaint beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class specified in the complaint as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed on _5/9/2025_

DocuSigned by:
946E38A25E3E465...

Jason Morano

| Trade Date | Transaction (Purchase or Sale) | Price Per Share | Quantity |
|---|---|---|---|
| March 10, 2020 | Purchase | $24.26 | 25 |