1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JASON MORANO, individually and on behalf of all others similarly situated, | Case No. |
| Plaintiff, | **[PROPOSED] ORDER GRANTING EX PARTE MOTION BY PLAINTIFF TO EXPEDITE BRIEFING AND NOTATION DATE FOR EXPEDITED DISCOVERY AHEAD OF JUNE 4 VOTE** |
| -against- | |
| REDFIN CORPORATION, ROCKET COMPANIES, INC., DAVID H. LISSY, GLENN KELMAN, ROBERT BASS, JULIE BORNSTEIN, KERRY D. CHANDLER, AUSTIN LIGON, BRAD SINGER, JAMES SLAVET, and SELINA TOBACCOWALA, | |
| Defendants. | |

21
22
23
24
25
26
27
28

THIS MATTER comes before the Court on the *ex parte* motion for Plaintiff Jason Morano ("Plaintiff") for leave to expedite discovery, including briefing, and to shorten time to hold a preliminary injunction hearing in advance of the June 4, 2025 shareholder vote in connection with the Merger between Redfin Corporation and Rocket Companies, Inc. (the "Motion").

The Court finds that Plaintiff has demonstrated good cause for the relief requested. Accordingly, it is hereby ORDERED that Plaintiff's Motion is GRANTED as follows:

1.    Defendants Redfin Corporation, Rocket Companies, Inc., David H. Lissy, Glenn Kelman, Robert Bass, Julie Bornstein, Kerry D. Chandler, Austin Ligon, Brad Singer, James Slavet, and Selina Tobaccowala ("Defendants") shall respond to Plaintiff's Motion by **May 14, 2025**.

2.    **If the Motion is granted in full, the schedule set forth at paragraphs 3-7 below will apply**.

3.    Defendants shall produce the following documents  within 1 business day from entry of this Order:

> a.    Documents related to any and all sums (including fees and interest) that Rocket has paid to Goldman Sachs since March 9, 2023, for lending services or any other services not already referenced in the Proxy.
>
> b.    The Presentation or banker book for the fairness opinion from Goldman Sachs, including the DCF Analysis.
>
> c.    The NOL Projections.

4.    Plaintiff shall file his opening brief in support of his motion for a preliminary injunction (the "PI Motion") within 2 business days **following Defendants production of the foregoing documents**.

5.    Defendants shall file their opposition to Plaintiff's PI Motion **three business days before the PI Motion Hearing**.

6.    Plaintiff shall file his reply to Defendants' opposition by the day prior to the PI Motion hearing.

[PROPOSED] ORDER

7.    The PI Motion Hearing shall take place on _____ (**prior to the shareholder vote on June 4, 2025) at     :    .m.**

8.    **Plaintiff shall serve this Order on Defendants, via their counsel, by email no later than _____, at 12:00 p.m.**

IT IS SO ORDERED.

DATED: _____          _____
                                    HON.
                                    UNITED STATES DISTRICT JUDGE

Prepared by:

**TOWNSEND LEGAL CORP.**
Roger M. Townsend, WSBA #25525
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Tel: 206-761-2480
Roger@townsendlegal.com

*Counsel for Plaintiff*

[PROPOSED] ORDER