UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MORANO, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION, ROCKET COMPANIES, INC., DAVID H. LISSY, GLENN KELMAN, ROBERT BASS, JULIE BORNSTEIN, KERRY D. CHANDER, AUSTIN LIGON, BRAD SINGER, JAMES SLAVET, and SELINA TOBACCOWALA,<br><br>Defendants. | Case No.: 2:25-cv-00883-JHC<br><br>**ORDER SETING THE RESPONSE DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE BRIEFING AND DISCOVERY** |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Set the Response Deadline for Defendants' Opposition to Plaintiff's *Ex Parte* Motion to Expedite Briefing on Request for Expedited Discovery. After reviewing the parties' Stipulated Motion, the Court hereby ORDERS as follows:

Defendants shall respond to Plaintiff's Motion on or before **May 16, 2025 at 12:00pm**.

It is **SO ORDERED**.

Dated this ___16th___ day of May, 2025.

ORDER  CASE NO.: 2:25-CV-00883                                                                 - 1 -

*[signature]*

John H. Chun
United States District Judge

Presented by:

By: */s/ Roger M. Townsend*
   Roger M. Townsend

**TOWNSEND LEGAL, PLLC**
Roger M. Townsend
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Tel: 206-761-2480
Roger@townsendlegal.com

Counsel for Plaintiff