1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JASON MORANO, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

REDFIN CORPORATION, ROCKET COMPANIES, INC., DAVID H. LISSY, GLENN KELMAN, ROBERT BASS, JULIE BORNSTEIN, KERRY D. CHANDLER, AUSTIN LIGON, BRAD SINGER, JAMES SLAVET, and SELINA TOBACCOWALA,

Defendants.

Case No. 2:25-cv-00883-JHC

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE OVER-**
**LENGTH REPLY BRIEF**
**IN SUPPORT OF MOTION FOR**
**PRELIMINARY INJUNCTION**

ORDER

1    THIS MATTER comes before the Court on the motion ("Motion") by Plaintiff Jason

2  Morano ("Plaintiff"), dated May 27, 2025, for an order permitting Plaintiff to file a single omnibus

3  reply brief containing 7,637 words in support of his motion for a preliminary injunction.  Dkt. # 42.

4    Having considered the Motion, and good cause appearing, it is HEREBY ORDERED that

5  the Motion is GRANTED.  Plaintiff's reply brief, filed on May 27, 2025, Dkt. # 43, is accepted and

6  deemed submitted.

7    IT IS SO ORDERED.

8

9   DATED: May 27, 2025.

10                                            JOHN H. CHUN
                                             UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
ORDER