UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MORANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION, ROCKET COMPANIES, INC., DAVID H. LISSY, GLENN KELMAN, ROBERT BASS, JULIE BORNSTEIN, KERRY D. CHANDLER, AUSTIN LIGON, BRAD SINGER, JAMES SLAVET, and SELINA TOBACCOWALA,<br><br>Defendants. | NO. 2:25-cv-00883-JHC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

THIS MATTER has come before the Court on Defendants' Motion for Leave to File Overlength Brief, Dkt. # 48. Being fully advised, the Court GRANTS the motion.

DATED this 30th of May, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO
FILE OVERLENGTH BRIEF - 1
2:25-cv-00883-JHC