HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JASON MORANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>REDFIN CORPORATION, ROCKET COMPANIES, INC., DAVID H. LISSY, GLENN KELMAN, ROBERT BASS, JULIE BORNSTEIN, KERRY D. CHANDLER, AUSTIN LIGON, BRAD SINGER, JAMES SLAVET, and SELINA TOBACCOWALA,<br><br>Defendants. | Case No. 2:25-cv-00883-JHC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jason Morano hereby voluntarily dismisses this action against all Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| DATED: November 26, 2025 | Respectfully submitted, |
| **OF COUNSEL** | **TOWNSEND LEGAL CORP.** |
| **MONTEVERDE & ASSOCIATES PC** | /s/ *Roger M. Townsend* |
| Juan E. Monteverde | Roger M. Townsend |
| Jonathan T. Lerner | 380 Winslow Way, Suite 200 |
| The Empire State Building | Bainbridge Island, WA 98110 |
| 350 Fifth Avenue, Suite 4740 | Tel: 206-761-2480 |
| New York, NY 10118 | Roger@townsendlegal.com |
| Tel: (212) 971-1341 | |
| jmonteverde@monteverdelaw.com | *Counsel for Plaintiff* |
| jlerner@monteverdelaw.com | |
| **WOHL & FRUCHTER LLP** | |
| Joshua E. Fruchter | |
| 25 Robert Pitt Drive, Suite 209G | |
| Monsey, NY 10952 | |
| Tel: (845) 290-6818 | |
| jfruchter@wohlfruchter.com | |
| *Counsel for Plaintiff* | |